IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK DUNN and**<br>**HOPE ELLY,** | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:16-cv-00453-KD-M |
| **TARGET CORPORATION,**<br>Defendant. | ) ) ) ) | |

## NOTICE OF SETTLEMENT

The Plaintiffs hereby notify the Court the parties have reached a settlement of this matter, although the settlement agreement has not yet been executed. The parties anticipate the settlement agreement to be executed shortly.

Respectfully Submitted, this the 30th Day of November, 2016.

/s *L. Landis Sexton*
**L. LANDIS SEXTON**
BPR # AL-5057N71L
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.819.4030 p
334.819.4032 f
LLS@ADA-Firm.com
*Attorney for the Plaintiff*

[1]

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 30th day of November, 2016 to the following:

**STARNES DAVIS FLORIE LLP**
Breanna H. Young
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35209
byoung@starneslaw.com

/s L. Landis Sexton
**L. LANDIS SEXTON**
**BPR # AL-5057N71L**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.819.4030 p
334.819.4032 f
LLS@ADA-Firm.com
*Attorney for the Plaintiff*