IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK DUNN and<br>HOPE ELLY,<br>    Plaintiffs,<br>v.<br>TARGET CORPORATION,<br>    Defendant. | CIVIL ACTION NO.<br><br>1:16-cv-00453-KD-M |

## MOTION FOR EXTENSION OF TIME TO ANSWER COURT'S INTERROGATORIES

**COMES NOW** Patrick Dunn and Hope Elly (Hereinafter "Plaintiffs"), by and through their undersigned counsel and hereby moves the Court for a twenty-one (21) day extension to answer the Court's interrogatories, and states as grounds:

1. The Court-ordered interrogatories are due December 1, 2016.
2. The Parties have settled the case and are in the process of executing the settlement agreement.
3. Plaintiff moves the Court for the extension of time to answer the interrogatories in order to allow the parties to execute the settlement agreement and move to dismiss the case.
4. Under these circumstances, answering the interrogatories appears unnecessary.

**WHEREFORE**, premises considered, Plaintiffs move this honorable Court for a twenty-one (21) day extension for filing the Court-ordered interrogatories.

Respectfully Submitted, this the 30th Day of November, 2016.

/s *L. Landis Sexton*
**L. LANDIS SEXTON**
**BPR # AL-5057N71L**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.819.4030 p
334.819.4032 f
LLS@ADA-Firm.com
*Attorney for the Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 30th day of November, 2016 to the following:

STARNES DAVIS FLORIE LLP
Breanna H. Young
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35209
byoung@starneslaw.com

    /s *L. Landis Sexton*
    **L. LANDIS SEXTON**
    **BPR # AL-5057N71L**
    The ADA Group LLC
    4001 Carmichael Road, Suite 570
    Montgomery, Alabama 36116
    334.819.4030 p
    334.819.4032 f
    LLS@ADA-Firm.com
    *Attorney for the Plaintiff*